[No. 57141-9-I.   Division One.   March 19, 2007.]

THE STATE OF WASHINGTON, *Respondent*, v. JAMES LEE MARLOW II, *Appellant*.

Appeal from a judgment of the Superior Court for Whatcom County, No. 05-1-00600-8, Steven J. Mura, J., entered September 27, 2005. *Affirmed in part, reversed in part,* and *remanded* by unpublished opinion per Grosse, J., concurred in by Coleman and Dwyer, JJ.

[No. 57235-1-I.   Division One.   March 19, 2007.]

CURTIS CASPER, *Appellant*, v. SECURITAS SECURITY SERVICES USA, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 04-2-30721-0, Michael Heavey, J., entered October 12, 2005. *Affirmed* by unpublished opinion per Grosse, J., concurred in by Schindler, A.C.J., and Becker, J.

[No. 57344-6-I.   Division One.   March 19, 2007.]

THE STATE OF WASHINGTON, *Respondent*, v. STANLEY DOUGLAS NYBERG, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 05-1-00755-3, Ronald L. Castleberry, J., entered November 17, 2005. *Affirmed* by unpublished opinion per Dwyer, J., concurred in by Grosse and Agid, JJ.

[No. 57347-1-I.   Division One.   March 19, 2007.]

*In the Matter of the Marriage of* JAMIE MICHELLE EWING, *Appellant*, and RICHARD WADE EWING, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 03-3-01172-3, Carol A. Schapira, J., entered November 9, 2005. *Affirmed* by unpublished per curiam opinion.